IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOUREY NEWELL<br><br>**Plaintiff**<br><br>v.<br><br>OPTIMA ADVOCATES, INC. et. al<br><br>**Defendant** | No. 18-cv-04183<br><br><br><br>Honorable GERALD A. MCHUGH |

### ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff JOUREY NEWELL shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

Dated: October 10, 2018

BY THE COURT:

_____

**Honorable Gerald A. Mchugh**
**Judge, United States District Court**