# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JOUR</br>EY NEWELL** | **No. 18-cv-04183** |
| **Plaintiff** | |
| **v.** | |
| **OPTIMA ADVOCATES, INC et. al** | **Honorable GERALD A. MCHUGH** |
| **Defendant** | |

## REQUEST FOR ENTRY OF DEFAULT

Comes now Jourey Newell, the Plaintiff Pro Se in this action, and hereby requests the clerk to enter a default against the defendants OPTIMA ADVOCATES, INC, P.H MARKETING GROUP, INC, and ALEEVLY INC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: November 8, 2018

By: *Jourey Newell*

Jourey Newell
Email: hifidelity@yahoo.com
671 S. Gulph Road
King of Prussia, PA 19406
Telephone: (484) 213-4132
*Plaintiff, Pro Se*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOUREY NEWELL** | No. 18-cv-04183 |
| Plaintiff | |
| v. | |
| **OPTIMA ADVOCATES, INC. et. al** | **Honorable GERALD A. MCHUGH** |
| Defendant | |

### AFFADAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT:

I, Jourey Newell, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff Pro Se in this action.

2. A Complaint was filed in this case on September 27, 2018.

3. The summons and complaint were duly served upon defendants OPTIMA ADVOCATES, INC, P.H MARKETING GROUP, INC, and ALEEVLY INC on October 17, 2018.

4. More than twenty-one (21) days have elapsed since the defendants in this action were served, and the defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5. Defendants have not sought additional time within which to respond.

Dated: _ November 8, 2018 _____.

**FURTHER
AFFIANT SAYETH
NAUGHT**

Commonwealth of Pennsylvania,

County of _Montgomery_

Before me, the undersigned notary

public, this day appeared

_Jourey Newell_

to me known, who being duly sworn

according to law, deposes the above.

Subscribed and sworn to before me this

_8_ day of _Nov._ , 2017

_James Lewis_
Notary Public

_[signature]_

Jofrey Newell
Email:  hifidelity@yahoo.com
671 S. Gulph Road
King of Prussia, PA 19406
Telephone:  (484) 213-4132
*Plaintiff, Pro Se*

Commonwealth of Pennsylvania - Notary Seal
JAMES LEWIS, Notary Public
Montgomery County
My Commission Expires March 12, 2022
Commission Number1326883

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**No. 18-cv-04183**

**JOUREY NEWELL**

**Plaintiff**

v.

**OPTIMA ADVOCATES, INC. et. al**          **Honorable GERALD A. MCHUGH**

### ENTRY OF DEFAULT

It appearing that the complaint was filed September 28, 2018; that the summons and

complaint were duly served upon defendants OPTIMA ADVOCATES, INC, P.H

MARKETING GROUP, INC, and ALEEVLY INC on October 17, 2018, and no answer or

other pleading having been filed by said defendants,

NOW THEREFORE upon request of the Plaintiff, default is hereby entered against the

defendants OPTIMA ADVOCATES, INC, P.H MARKETING GROUP, INC, and

ALEEVLY INC as provided under Rule 55(a) of the Federal Rule of Civil Procedure.

Dated:  November 8, 2018


Kate Barkman, Clerk of Court (or deputy)