AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    18-4183

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ESSAM ABDULLAH

was received by me on *(date)*     11/28/18

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*

OMAR ABDULLAH _____ , a person of suitable age and discretion who resides there,

on *(date)*   1/02/19 - 6:55 PM  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____

_____

My fees are $     0.00     for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   1/04/19

_____
Server's signature

RICHARD STEIBER, Registered Process Server

*Printed name and title*

CAL PROCESS SERVERS
14271 JEFFREY ROAD, SUITE 308
IRVINE, CA 92620
(949) 295-8028     *Server's address*

Additional information regarding attempted service, etc:

see attached declaration of due-diligence in support of service

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Pennsylvania

JOUREY NEWELL

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  18-4183 |
| ESSAM ABDULLAH, ALEEVLY INC., OPTIMAADVOCATES, INC., PH MARKETING GROUP, INC. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Essam Abdullah

24 Morning Light
Newport Beach, CA 92657

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOUREY NEWELL
671 S GULPH RD
KIND OF PRUSSIA, PA 19406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____9/27/2018_____

_____
Stephen Gill, Deputy Clerk

# RETURN OF DUE DILIGENCE

**Commonwealth of Pennsylvania**          **County of**                    **U.S. District Court**

Case Number: 18-4183

Plaintiff:
**JOUREY NEWELL**

vs.

Defendant:
**ESSAM ABDULLAH, et al**

For:
JOUREY NEWELL
671 S. GUPLH ROAD
KING OF PRUSSIA, PA 19406

Received by Cal Process Servers on the 28th day of November, 2018 at 11:48 am to be served on **ESSAM ABDULLAH, 24 MORNING LIGHT, NEWPORT COAST, CA 92657.**

I, Richard Steiber, do hereby affirm that on the **2nd day of January, 2019 at 6:55 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; DESIGNATION FORM; CASE MANAGEMENT TRACK DESIGNATION FORM; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to **OMAR ABDULLAH as CO-OCCUPANT** at the address of: **24 MORNING LIGHT, NEWPORT COAST, CA 92657,** the within named person's usual place of **Abode,** who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**AND MAILING** by First Class mail, a copy to each defendant by depositing said copies in the United States Mail, in a sealed enevelope with postage prepaid, addressed to the defendant at the above named address on: **1/3/2018.** from: **IRVINE, CA**


**Additional Information pertaining to this Service:**
11/29/2018  11:15 am  Doors Locked, Office closed - No lights on inside, no response from knocking on front locked office door. Name on door is: "Optima Advisors"  Server can see inside front area and there are multiple computers monitors set up on long tables with chairs but no other activity observed. - 17981 SKY PARK CIRCLE, SUITE D, IRVINE, CA 92614
11/30/2018  7:22 am  No answer at door, no activity observed  This is a large single family residence located within a guard gated community
12/1/2018  10:15 am  not here per housekeeper who speaks little English. She said he does live here but is not here now.
12/3/2018  3:00 pm  Doors Locked, Office closed - No lights on inside, no response from knocking on front locked office door, no activity observed inside the  office. Server left a misssed delivery notice with a return phone number listed.- 17981 SKY PARK CIRCLE, SUITE D, IRVINE, CA 92614
12/4/2018  8:10 pm  No answer at door, no activity observed, no vehicles in driveway. Lights on inside in upstairs bedroom.
12/6/2018  8:35 am  No answer at door, no activity observed, no vehicles in driveway.
12/9/2018  2:52 pm  No answer at door, no activity observed, no vehicles in driveway.
12/10/2018  10:45 am  Doors Locked, Office closed - No lights on inside, no response from knocking on front locked office door  Missed delivery notice left on previous attempt is gone. - 17981 SKY PARK CIRCLE, SUITE D, IRVINE, CA 92614
12/13/2018  5:40 pm  No answer at door, no activity observed, no vehicles in driveway, lights on inside the house
12/17/2018  7:00 am  No answer at door, no activity observed, no vehicles in driveway

## RETURN OF DUE DILIGENCE For 18-4183

12/26/2018  9:30 am  No answer at door, no activity observed, no vehicles in driveway.
1/2/2019  6:55 pm  Not in, substitute service effected on co-occupant.


**Service Fee Items:**
| | |
|---|---|
| Routine Process Service | $65.00 |
| Total | $65.00 |


I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.


Richard Steiber
1852

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number  RSC-2018001532