# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL,  :<br>        Plaintiff,  :<br>                   :<br>   v.  :<br>                   :<br>OPTIMA ADVOCATES INC,  :<br>PH MARKETING GROUP INC,  :<br>ALEEVLY INC,  :<br>ESSAM ABDULLAH,  :<br>        Defendants.  : | **Civil Action<br>No. 18-4183** |

## ORDER

This 6th day of May, 2019, it is hereby **ORDERED** that Plaintiff's Motion for Entry of Default Judgment is **DENIED** without prejudice. Plaintiff shall serve defendants with a copy of the Motion by both first-class and certified mail, return receipt requested, and file proof of such service on the docket. Plaintiff need not refile his motion; the Court will reinstate it following the appropriate interval required by the terms of this Order.

                                                            /s/ Gerald Austin McHugh
                                                          United States District Judge